William E. CARTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51655.

Missouri Court of Appeals,
Western District.

April 2, 1996.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., John Munson Morris, Asst. Attorney General, Jefferson City, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).